UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ARNOLDO PINEDA | CIVIL ACTION |
| VERSUS | |
| GREEN ESCAPES NURSERY, INC., ET AL. | NO.: 16-00659-BAJ-EWD |

## ORDER

Considering the **Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i) (Doc. 5)**, filed by Plaintiff Arnoldo Pineda pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(i):

**IT IS ORDERED** that all claims of Plaintiff Arnoldo Pineda against Defendants Green Escapes Nursery, Inc. and Don Broussard are **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 31st day of October, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**